SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Gary B. Rudolph, SBN 101921
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Special Counsel for Trustee, Leslie Gladstone

Electronically Filed: 05/13/2011

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BRIARWOOD CAPITAL, LLC<br><br>Debtor.<br><br>BRIARWOOD CAPITAL, LLC<br><br>Moving Party,<br><br>v.<br><br>HCC INVESTORS, LLC, a Delaware Limited Liability Company<br><br>Respondent. | CASE NO. 10-02677-PB11<br><br>Adv. No. 10-90184-PB<br><br>Chapter 11<br><br>**AMENDED STIPULATION RE DLA PIPER, LLP (US)'S AND BRIAN FOSTER'S MOTION TO QUASH SUBPOENA DUCES TECUM**<br><br>Date: May 31, 2011<br>Time: 11:00 a.m.<br>Dept.: Four<br>  Hon. Peter Bowie |

This stipulation is entered into by and between counsel for DLA Piper, LLP (US) and Brian Foster (collectively "DLA"), by Coughlan, Semmer & Lipman, LLP and and counsel for Leslie Gladstone, Trustee of Briarwood Capital, LLC bankruptcy estate ("Trustee").

1. On March 9, 2011, the Trustee served a subpoena duces tecum on DLA, under adversary proceeding no. 10-90184-PB.

2. On March 18, 2011, DLA filed a Motion to Quash with a hearing date of May 31, 2011, at 11:00 a.m., in part arguing a lack of relevance to that adversary proceeding.

3. The parties have previously stipulated to expanding the original subpoenas to include its issuance under Bankruptcy case no. 10-02677-PB11, and the Court on April 18, 2011 entered its Order thereon.

- 1 -

324675-v1

4. The Trustee for Briarwood and Lennar have reached a tentative settlement, which will be filed with the Court for approval in the near future.

5. Accordingly, the Motion to Quash the subpoena may become moot, and neither opposition nor hearing may be necessary.

6. These parties therefore stipulate that any hearing on said Motion will be continued to July 18, 2011, at 2:00 p.m. Any opposition by the Trustee will be due on or before July 1, 2011.

Dated: April 30, 2011

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation

By: _____
James P. Hill
Gary B. Rudolph
Attorneys for Leslie Gladstone,
Chapter 11 Trustee

Dated: April 27, 2011

COUGHLAN SEMMER & LIPMAN, LLP

By: *s/ R.J. Coughlan, Jr.*
R. J. Coughlan, Jr.
Cathleen G. Fitch
Attorneys for DLA Piper, LLP (US) and
Brian Foster